EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| Carlos A. Pérez Irizarry | 2016 TSPR 101<br><br>195 DPR ____ |

Número del Caso: TS-8,030

Fecha: 3 de mayo de 2016

Programa de Educación Jurídica Continua:

    Lcda. Geisa Marrero Martínez
    Directora Ejecutiva

Materia: La suspensión será efectiva el 3 de mayo de 2016, fecha en que se le notificó por correo al abogado de su suspensión inmediata.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Carlos A. Pérez Irizarry          TS-8,030

RESOLUCIÓN

En San Juan, Puerto Rico, a 3 de mayo de 2016.

El Lcdo. Carlos A. Pérez Irizarry fue admitido al ejercicio de la abogacía el 28 de marzo de 1985. El 6 de noviembre de 2015 la Directora del Programa de Educación Jurídica Continua (PEJC), Lcda. Geisa M. Marrero Martínez, presentó un *Informe Sobre Incumplimiento con Requisito de Educación Jurídica Continua* (Informe) en el que señaló que el licenciado Pérez Irizarry no había cumplido con los requisitos del PEJC durante los periodos siguientes: 1 de septiembre de 2007 al 31 de agosto de 2009, 1 de septiembre de 2009 al 31 de agosto de 2011 y 1 de septiembre de 2011 al 31 de agosto de 2013.

Evaluado el Informe presentado por la Directora del PEJC, el 11 de diciembre de 2015 este Tribunal emitió una Resolución mediante la cual se le concedió al licenciado Pérez Irizarry un término de veinte (20) días para que compareciera y mostrara causa por la cual no debía ser suspendido del ejercicio de la abogacía debido a su incumplimiento con los requisitos del PEJC y por no comparecer ante el PEJC cuando le fue requerido.

Transcurrido el mencionado término sin que el licenciado Pérez Irizarry haya comparecido ante nos, se ordena la suspensión inmediata e indefinida del ejercicio de la abogacía del licenciado Pérez Irizarry en nuestra jurisdicción. Ello debido a su reiterado incumplimiento con los requisitos del PEJC. En caso de que el licenciado Pérez Irizarry esté representando a clientes ante nuestros tribunales en la actualidad, se le impone el deber de notificar a estos sobre su inhabilidad de continuar representándolos, devolverle los honorarios por trabajos

no realizados e informar oportunamente de su suspensión a cualquier foro judicial y administrativo en el que tenga un caso pendiente. Además, deberá acreditar a este Tribunal el cumplimiento con lo anterior en un término de treinta (30) días contados a partir de la notificación de la presente Resolución.

Notifíquese personalmente.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo